NUMBER 13-06-537-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE DARLENE RAMOS AND 


THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS






On Petition for Writ of Mandamus 






MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Rodriguez and Garza 

Memorandum Opinion Per Curiam (1)


 Relators, Darlene Ramos and the Office of the Attorney General of Texas, have filed
a petition for writ of mandamus in the above cause asking this Court to direct the
Honorable Benjamin Euresti, Jr., presiding judge of the 107th Judicial District Court of
Cameron County, Texas to vacate an order denying parentage testing and enter an order
granting parentage testing. A response was requested and has been filed. 

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relators have not shown themselves entitled to the relief sought. Accordingly, the petition for writ of mandamus is hereby DENIED. See Tex. R. App.
P. 52.8(a). 

 PER CURIAM

Memorandum opinion delivered and filed

this 18th day of April, 2007. 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).